FILED
OCT 27 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF ) C-97-3937
)
STEVEN NOVICK )
_____ ) WHO

ORDER TO SHOW CAUSE

It appearing that Steven Novick has resigned from the State Bar of California and that the Supreme Court of California has accepted his resignation, and that he is now ineligible to practice law in California, effective October 11, 1997,

IT IS ORDERED

That respondent show cause in writing on or before November 26, 1997 as to why his name should not be removed from the roll of attorneys authorized to practice law before this Court.

DATED: 10/27/97

_____
THELTON E. HENDERSON
Chief Judge

Mail Address:
3724 SE Mill
Portland, OR 97214