```
                                              FILED
                                              DEC 8 - 1997
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF ) | No. C-97-3937 WHO |
| ) | |
| STEVEN NOVICK. ) | ORDER |
| ) | |

ENTERED IN CIVIL DOCKET  DEC 0 9 1997   19___

It appearing that an Order to Show Cause was issued and sent by certified mail to respondent as to why he should not be removed from the roll of attorneys authorized to practice law before this Court because he has resigned from the State Bar of California and the Supreme Court of California has accepted his resignation, that such mailing was returned to the Court by the United States Postal Service marked "Unclaimed," nd that respondent has failed to notify the State Bar of California of his current address,

IT IS HEREBY ORDERED that Steven Novick's name is removed from the roll of attorneys authorized to practice law before this Court.

Dated: December 5, 1997.

FOR THE COURT:

*William H. Orrick*
William H. Orrick
United States District Judge